# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA JOY GODWIN,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR GARDEN APARTMENTS, et al.,<br><br>Defendants. | Case No. 2:17-cv-02178-MMD-CWH<br><br>**ORDER** |

The court is in receipt of a hand-delivered letter from plaintiff Victoria Joy Godwin, dated June 27, 2018. Pursuant to Local Rule IA 7-1(b)

> an attorney an attorney or pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties.

The attached letter was delivered to chambers and does not appear on the docket. Accordingly, the court will take no further action in regards to the letter. All future requests for relief must be made by motion.

IT IS SO ORDERED.

DATED: July 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

CASE # 17:CV02178                                                June 27, AD2018

FOR: Magistrate Judge Hoffman's chambers – ATTN: Glory

FROM: Victoria-Joy Godwin, Plaintiff

RE: <u>Our Last Phone Call (June 22) and Keeping My Commitment To Call You</u>

    Because I said I'd call you back regarding what I construed as an 'order' asserting the issuance of a superseding order, I send this note instead. I chose to wait to give the clerk in the other office time to clarify things with you, as she said she'd send you an email with her understanding of why she was waiting for another order. Her initials are on the attached notice that I received and called you twice about. Justin, in your clerk's office gave me the phone number (775) 686-5800 and I was put through to the voicemail of the party the receptionist thought those initials referenced.

    I do assume some responsibility for the delay, for presuming that Magistrate Judge Hoffman made a referral to the DoJ and that presumption cost me valuable 2 months as I see signs that at least one of my defendants has or is preparing to leave town. The most egregious defendant is still sitting on the bench in the eviction court which means he continues to negatively impact justice there. Discovering that Magistrate Judge Hoffman participated for 7 years on the Judicial Discipline Commission boosted my hopes that the public would be protected from his despicable behavior, so if it's up to me to report what he did to the DoJ please let me know as soon as possible. I tried contacting the FBI right after it happened, but, as is often the case, we peons don't carry much weight when we see 'white collar' crimes or report sexual harassment or judicial bribery. Perhaps if I were a famous movie star or was assaulted by a well-known movie producer, agents would be more motivated.

    If I need to renew my summons and/or marshal instruction forms before the new order can issue, I'll need time to schedule transportation to get to the court, as I do not drive due to my handicaps. And I apologize for what you may deem intrusive communiqués; however, I believe my understanding of your role justifies my resorting to you when issues such as this 'misunderstanding' regarding an anticipated forthcoming order occur. The fact that I waited two months to find out the status of my case shows I will never 'bother' you unnecessarily and the fact that I am unrepresented cannot exclude me from knowing what's going on. May I thank you for your respect and cooperation thus far? Perhaps we can get this train back on the fast track.

                                                              Regards,

                                                     *Victoria-Joy Godwin* (signature)

                                                     Victoria-Joy

PS – I happened to be in the area today for another reason, and pray this note will be more acceptable than a lengthy voicemail message.

## Clerk Entries

2:17-cv-02178-MMD-CWH Godwin v. Senior Garden Apartments et al

### United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 4/11/2018 at 5:24 PM PDT and filed on 4/11/2018
**Case Name:** Godwin v. Senior Garden Apartments et al
**Case Number:** 2:17-cv-02178-MMD-CWH
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**NOTICE of Docket Correction to [18] Summons Issued is hereby STRICKEN, having been entered in error. Please see Order [11] indicating that another order will be entered addressing issuance of summons. (no image attached) (BLG)**

2:17-cv-02178-MMD-CWH Notice has been electronically mailed to:

2:17-cv-02178-MMD-CWH Notice has been delivered by other means to:

Victoria Joy Godwin
5130 S Fort Apache
#215-262
Las Vegas, NV 89148