# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA JOY GODWIN,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR GARDEN APARTMENTS, ET AL.,<br><br>Defendants. | Case No. 2:17-cv-02178-MMD-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Email Address for Use During the Implementation of the Pandemic Restriction (ECF No. 48), filed on May 18, 2020. It is unclear what relief Plaintiff is requesting as she mostly refers to proposed summons in the Motion. However, the Court notes that it already authorized her to file electronically via CM/ECF provided she completed the requisite steps. (ECF No. 36). To the extent that she is consenting to electronic service via her email address instead of hard copies via mail, the Court will grant that request. It will request that the Clerk's Office add her email address – accountable12@yahoo.com – to the docket. It will deny any other relief requested in her Motion.

## **ORDER**

IT IS THEREFORE ORDERED that Plaintiff's Motion for Email Address for Use During the Implementation of the Pandemic Restriction (ECF No. 48) is **granted only to the extent that she is consenting to electronic service via email address**.

IT IS FURTHER ORDERED that the Clerk's Office shall add Plaintiff's email address – accountable12@yahoo.com – to the docket and she will only receive service via email.

DATED: May 19, 2020

---
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE