# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTORIA JOY GODWIN,

    Plaintiff,

v.

SENIOR GARDEN APARTMENTS, *et al*.,

    Defendants.

Case No.: 2:17-cv-02178-MMD-DJA

**ORDER**

Pending before the Court is *pro se* Plaintiff Victoria Joy Godwin's Motion to File Electronically (ECF No. 95), filed on September 3, 2020. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-2(b). The Court will grant the request contingent on the following: Plaintiff must complete the CM/ECF tutorial and Plaintiff must review the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1] Further, Plaintiff must establish a CM/ECF account.

IT IS HEREBY ORDERED that Plaintiff Victoria Joy Godwin's Motion to File Electronically (ECF No. 95) is **granted**.

IT IS FURTHER ORDERED that Plaintiff must comply with the following procedures to activate her CM/ECF account:

    (1) By September 30, 2020, Plaintiff must file a written certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that she is not authorized to file electronically until this certification is filed with the court within the time frame specified.

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

(2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: September 7, 2020

_____
Daniel J. Albregts
United States Magistrate Judge